JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GAKUBA,<br><br>        Petitioner,<br><br>  v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>        Respondent. | Case No. 2:22-cv-09243-FLA (AFM)<br><br>**JUDGMENT** |

    In accordance with the Order Summarily Dismissing Habeas Petition For Lack Of Subject Matter Jurisdiction,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court. IT IS FURTHER ORDERED that Petitioner's request to proceed in forma pauperis is denied.

Dated: February 21, 2023

                                          FERNANDO L. AENLLE-ROCHA
                                          United States District Judge